1 | MELINDA HAAG (CABN 132612)
United States Attorney

2

J. DOUGLAS WILSON (DCBN 412811)
3 | Chief, Criminal Division

4 | ELISE BECKER (NYBN 2540730)
Assistant United States Attorney
5
450 Golden Gate Avenue, Box 36055
6 | San Francisco, California 94102-3495
Telephone: (415) 436-6878
7 | FAX: (415) 436-7234
Elise.becker@usdoj.gov
8
Attorneys for United States of America
9

**FILED**

*OCT 0 9 2014*

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | SAN FRANCISCO DIVISION

13

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR 09-0378 SI |
| ) | |
| Plaintiff, ) | NOTICE OF DISMISSAL |
| ) | |
| v. ) | |
| ) | |
| TEODORO MARTINEZ-DERESA, ) | |
| ) | |
| Defendant. ) | |

14

15

16

17

18

19
With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United
20
States Attorney for the Northern District of California dismisses the above Indictment without prejudice
21
and moves that the Court quash the arrest warrant issued in connection with the Indictment in this case.
22

23 | DATED: 9/26/2014

Respectfully submitted,

24

MELINDA HAAG
United States Attorney
25

7. Aouglas W. Hon
26

J. DOUGLAS WILSON
27 | Chief, Criminal Division

28

NOTICE OF DISMISSAL (CR 09-0378 SI)

1    Leave is granted to the government to dismiss the Indictment.  It is further ordered that the

2  arrest warrant issued in connection with the Indictment is quashed.

3

4

5  Date: _10/9/14_

6                                                      SUSAN ILLSTON
                                                       United States District Judge
7

8

9

10

11

12

13

14                          .

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF DISMISSAL (CR 09-0378 SI)